UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
          Petitioner )
           )
V. ) M.B.D. No.
           ) **04 MBD 10295**
MICHAEL CARDEN )
          Respondent )

### AFFIDAVIT OF REVENUE OFFICER

I, David Malo, Revenue Officer of the Internal Revenue Service, state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on Michael Carden, are true to the best of my knowledge and belief.

_____
Revenue Officer
Internal Revenue Service

On this _15_ day of _July_, 20_04_ before me, the undersigned notary public, personally appeared ___David Malo___, proved to me through satisfactory evidence of identification, which were ___Identification Card___ to be the person whose name is signed on this document in my presence.

CHERYL A. LADD
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 27, 2005

My Commission expires: _____    NOTARY PUBLIC